```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 10377
    LOUIS C MICHEL
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3220

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/11/07 and confirmed on 10/03/07.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $   3010.07 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-------------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG         .00            .00             .00
HOMEQ SERVICING CORP     MORTGAGE ARRE         .00            .00             .00
BROOKSIDE GLENN III TOWN MORTGAGE ARRE         .00            .00             .00
ALLEN LEWIS & ASSOC      UNSECURED       NOT FILED            .00             .00
AMERICAS FINANCIAL CHOIC UNSECURED         1641.80            .00             .00
AMERICASH LOANS          UNSECURED         1105.39            .00             .00
AMERICREDIT FINANCIAL    UNSECURED       NOT FILED            .00             .00
COMCAST                  UNSECURED       NOT FILED            .00             .00
ILLINOIS LENDING CORP    UNSECURED       NOT FILED            .00             .00
BUDGET COUNSELORS        UNSECURED       NOT FILED            .00             .00
NICOR GAS                UNSECURED          847.29            .00             .00
PAYDAY LOAN              UNSECURED       NOT FILED            .00             .00
QUIK PAYDAY.COM          UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE CORP    UNSECURED         2189.29            .00             .00
TRIAD FINANCIAL CORP     UNSECURED        21276.97            .00             .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00      27060.74         .00       27060.74
PRINCIPAL PAID          .00           .00           .00         .00            .00
INTEREST PAID           .00           .00           .00         .00            .00
TOTAL PAID              .00           .00           .00         .00            .00
The Debtor's attorney, RONALD D CUMMINGS                , was allowed $   3500.00
and was paid $    500.00   direct and $   2874.61   through the plan.

The Trustee received $    135.46 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE